WARNOCK & ZAHRNDT, INCORPORATED, Appellant, v. CHARLES F. WRAY and Others, Respondents. HENRY WARNOCK, Appellant, v. CHARLES F. WRAY and Others, Respondents.— Appeal dismissed unless record and briefs are served and

filed by November twelfth and appeal argued November fourteenth. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.